John Arsenault – Pro Hac Vice (Colorado SBN 228406)
john.arsenault@frontrangelegalservices.com
WESSELS &ARSENALULT, LLC
1333 W. 120th Ave. Ste #219
Westminster, CO 80234
Telephone:     (303) 459-7898

Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
ECOTECH LAW GROUP, P.C.
333 First St. Ste. C
San Francisco, CA 94105
Telephone:     (415) 595-9208
Facsimile:     (415) 651-8639

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPPENHEIMER, et al.<br><br>                 Plaintiffs,<br><br>     vs.<br><br>ALLVOICES, INC.<br><br>                 Defendants. | Case No.: 3:14 CV 14-00499-LB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Laurel Beeler |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs David Oppenheimer and Performance Impressions, LLC (collectively, "Plaintiffs") and Defendant Allvoices, Inc. ("Defendant") that all claims asserted by Plaintiffs against Defendant in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

Dated: __January 27, 2015_____

By:_____
       John A. Arsenault
       EcoTech Law Group, P.C.

       John A. Arsenault
       Wessels & Arsenault, L.L.C.
       Attorneys for Plaintiffs David Oppenheimer
       and Performance Impressions, LLC


By:_____/s/ K. Joon Oh_____
       WINSTON & STRAWN LLP
       David S. Bloch
       Laura M. Franco
       K. Joon Oh
       Attorneys for Defendant Allvoices, Inc.


       In accordance with Local Rule 5-1(i)(3), I hereby attest that the above-named signatories concur in this filing.


       By:_____